FILED
APR 2 3 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13CR0351-GT |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CARLOS JAVIER GARCIA-CRUZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled for May 9, 2013, at 9:30 a.m. be continued to May 22, 2013 at 9:30 a.m.

**SO ORDERED.**

DATED: 4/23/13

HONORABLE GORDON THOMPSON, JR.
United States District judge

1